IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 01-614T, 02-971 T (Consolidated)

| | |
|---|---|
| VENTURE COAL SALES COMPANY<br>SANNER ENERGIES, INC., and<br>FUTURE INDUSTRIES, INC., | : |
| And | : |
| PATRIOT MINING CO., INC., et al. | : |
| Plaintiffs, | : |
| vs. | : |
| THE UNITED STATES, | : |
| Defendant. | : |

## STATUS REPORT CONCERNING CM/ECF ACCOUNT

AND NOW COME the Plaintiffs, counsel, Vincent J. Barbera, Esq. of the law firm of Barbera, Clapper, Beener, Rullo & Melvin, LLP, and reports to the Court the fact that the undersigned counsel now has a CM/ECF account with the U.S. Court of Federal Claims.

Respectfully submitted,

BARBERA, CLAPPER, BEENER, RULLO
& MELVIN, LLP

Date: October 27, 2006

By:/s/ Vincent J. Barbera
Vincent J. Barbera, Esq.
Court Adm. Cert. No.: 34441

146 West Main Street
P.O. Box 775
Somerset, Pennsylvania 15501-0775
Tel: (814) 443-4681
Attorneys for the Plaintiffs