IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 01-614 T & 02-971 T (consolidated)
(Judge Sweeney)

VENTURE COAL SALES COMPANY, SANNER ENERGIES, INC.,
AND FUTURE INDUSTRIES, INC.,

Plaintiffs,

PATRIOT MINING CO., INC., JULIANNA MINING CO., INC., and ANKER WEST VIRGINIA MINING CO., INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

As the Court requested in an Order of January 25, 2006, the parties present this joint status report.

The defendant has now filed stipulations of liability in favor of both plaintiffs. The parties and the Court have nothing more to do in these consolidated cases until the appellate courts have finally resolved all outstanding legal issues in a similar case now on appeal and cross-appeal.

Just today, the Court of Appeals for the Federal Circuit issued an opinion granting the interest the plaintiffs demanded and denying the defendant's cross-appeal on a jurisdictional

issue. *See Clintwood Elkhorn Mining Co. v. United States*, Nos. 04-5155, 04-5156 (Fed. Cir. Jan. 22, 2007). The defendant is considering whether to request rehearing by the Federal Circuit *en banc* or to petition the U.S. Supreme Court for a writ of *certiorari*. The defendant can file such a petition within 90 days after the Federal Circuit enters a final judgment. *See* 28 U.S.C. § 2101(c).

The plaintiffs' attorneys have agreed that the defendant may present this document as a joint filing.

Respectfully submitted,

s/ Robert Stoddart
Robert Stoddart
U.S. Justice Department, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, DC 20044
Voice: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

January 22, 2007