# In the United States Court of Federal Claims

Nos. 01-614T, 02-971T (Consolidated)
(Filed: July 30, 2007)

******************************************
VENTURE COAL SALES COMPANY, et al., *
*
and *
*
PATRIOT MINING CO., INC., et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************************

**ORDER**

This court's January 25, 2006 Order directed the parties to file a joint status report every 90 days. The parties' most recent status report was filed on April 23, 2007. The parties' next joint status report was due on July 23, 2007; however, as of the date of this order, the court has not received a joint status report from the parties.

Accordingly, the parties shall file a **Joint Status Report no later than Monday, August 6, 2007,** and **every 90 days thereafter** until the appellate courts resolve all issues in a similar case, Clintwood Elkhorn Mining Co. v. United States, 473 F.3d 1373 (Fed. Cir. 2007).

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge