IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 01-614 T & 02-971 T (consolidated)
(Judge Sweeney)

VENTURE COAL SALES COMPANY, SANNER ENERGIES, INC.,
AND FUTURE INDUSTRIES, INC.,

Plaintiffs,

PATRIOT MINING CO., INC., JULIANNA MINING CO., INC., and ANKER WEST VIRGINIA MINING CO., INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

As the Court requested in an Order of July 30, 2007, the parties present this joint status report.

The defendant has now filed stipulations of liability in favor of both plaintiffs. The parties and the Court have nothing more to do in these consolidated cases until the appellate courts have finally resolved all outstanding legal issues in a similar case now before the Supreme Court.

On January 22, 2007, the Court of Appeals for the Federal Circuit issued an opinion granting the interest that coal-company plaintiffs demanded and denying the defendant's cross-

appeal on a jurisdictional issue. *See Clintwood Elkhorn Mining Co. v. United States*, 473 F.3d 1373 (Fed. Cir. 2007). The Federal Circuit issued its mandate on May 4, 2007. The United States filed a petition for a writ of *certiorari* with the Supreme Court on September 7, 2007, which the Court granted on December 3, 2007. *See United States v. Clintwood Elkhorn Mining Co.*, No. 07-308 (U.S.) The United States filed its opening brief on January 14, 2008, and the Court set oral argument for March 24, 2008.

The plaintiffs' attorneys have agreed that the defendant may present this document as a joint filing.

Respectfully submitted,

s/ Robert Stoddart
Robert Stoddart
U.S. Justice Department, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, DC 20044
Voice: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

February 4, 2008