# In the United States Court of Federal Claims

Nos. 01-614 T, 02-971 T
(CONSOLIDATED)

(Filed: May 7, 2008)

| | |
|---|---|
| VENTURE COAL SALES COMPANY, et al., | * |
| | * |
| and | * |
| | * |
| PATRIOT MINING CO., INC., et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On May 5, 2008, the parties filed a Joint Status Report and Motion for Continued Suspension. The parties indicate that the recent United States Supreme Court decision in United States v. Clintwood Elkhorn Mining Co., 128 S. Ct. 1511 (2008), will decide all the unresolved issues in the present cases if the decision becomes final. Because Clintwood Elkhorn may petition the Supreme Court for a rehearing on or before May 12, 2008, the parties request that these cases remain stayed until May 19, 2008. The parties should have filed a separate motion requesting the relief they seek, rather than incorporate their request within the joint status report. This error, however, is harmless. **Accordingly, the court GRANTS the parties' request to keep these proceedings stayed through May 19, 2008. The parties shall file a joint status report in which they propose further proceedings in these cases by no later than Friday, May 23, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge