IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 01-614 T & 02-971 T (consolidated)
(Judge Sweeney)

---

VENTURE COAL SALES COMPANY, SANNER ENERGIES, INC.,
AND FUTURE INDUSTRIES, INC.,

Plaintiffs,

---

PATRIOT MINING CO., INC., JULIANNA MINING CO., INC., and ANKER WEST VIRGINIA MINING CO., INC.,

Plaintiffs,

---

v.

THE UNITED STATES,

Defendant.

---

JOINT STATUS REPORT

---

As the Court requested in its Order of May 7, 2008, the parties report that Clintwood Elkhorn Mining Co. has filed no motion for rehearing of a case in which the Supreme Court decided that courts lack jurisdiction of claims for refund of coal-excise tax imposed on exports unless the taxpayer has filed a timely refund claim, *United States v. Clintwood Elkhorn Mining Co.*, 128 S. Ct. 1511 (2008). The decision is now final and it resolves all the unresolved issues in the present cases.

Accordingly the parties advise the Court that there is no reason why it should not dismiss these cases.

The plaintiffs agree that defendant may submit this status report and motion as a joint filing.

Respectfully submitted,

s/ Robert Stoddart
Robert Stoddart
U.S. Justice Department, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, DC 20044
Voice: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

May 22, 2008