# In the United States Court of Federal Claims

Nos. 01-614 T, 02-971 T
(CONSOLIDATED)

(Filed: May 27, 2008)

| | |
|---|---|
| VENTURE COAL SALES COMPANY, et al., | * |
| | * |
| and | * |
| | * |
| PATRIOT MINING CO., INC., et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

**ORDER**

On May 22, 2008, the parties filed a Joint Status Report. The parties report that Clintwood Elkhorn Mining Co. has not filed a motion for rehearing in United States v. Clintwood Elkhorn Mining Co., 128 S. Ct. 1511 (2008), wherein the United States Supreme Court decided that courts lack jurisdiction of claims for refund of coal-excise taxes imposed on exports unless the taxpayer has filed a timely refund claim. Because the decision in Clintwood Elkhorn Mining Co. is now final and the parties indicate that it "resolves all the unresolved issues in the present case," the parties advise the court that "there is no reason why it should not dismiss these cases."

In accordance with its May 7, 2008 order, the court lifts the stay in these cases. Because the parties' joint status report indicates that the court lacks jurisdiction over these cases, the court directs the parties to file the appropriate stipulation of dismissal by no later than **Friday, June 6, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge