IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 01-614 T & 02-971 T (consolidated)
(Judge Sweeney)

---

VENTURE COAL SALES COMPANY, SANNER ENERGIES, INC., AND FUTURE INDUSTRIES, INC.,

Plaintiffs,

---

PATRIOT MINING CO., INC., JULIANNA MINING CO., INC., and ANKER WEST VIRGINIA MINING CO., INC.,

Plaintiffs,

---

v.

THE UNITED STATES,

Defendant.

---

STIPULATION OF DISMISSAL

---

It is hereby stipulated and agreed that the complaint in the above-captioned case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

May 27, 2008
Date

VINCENT J. BARBERA
BARBERA, CLAPPER, BEENER, RULLO & MELVIN
146 West Main Street
P.O. Box 775
Somerset, PA 15501-0775
TEL: (814) 443-4681
FAX: (814) 443-2422

Attorney for Plaintiffs Venture Coal Sales et al.

5/27/08
Date

THAD S. HUFFMAN
JACKSON & KELLEY PLLC
2401 Pennsylvania Avenue, N.W.
Washington, DC 20037
TEL: (202) 973-0200
FAX: (202) 973-0232

Attorney for Plaintiffs Patriot Mining et al.

5/27/08
Date

ROBERT STODDART
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

5/27/2008
Date

Of Counsel

Attorneys for the Defendant



3308965.1